DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HAWKINS

No. 651P82.

Case below: 59 N.C. App. 190.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.

STATE v. KISTLE

No. 690P82.

Case below: 59 N.C. App. 724.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 January 1983.

STATE v. McALISTER

No. 619P82.

Case below: 59 N.C. App. 58.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 11 January 1983.

STATE v. McCANN

No. 9P83.

Case below: 59 N.C. App. 739.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983.

STATE v. MORRIS

No. 608P82.

Case below: 59 N.C. App. 157.

Petition by defendant for discretionary review under G.S. 7A-31 denied 11 January 1983. Motion of Attorney General to dismiss appeal for lack of significant public interest allowed 11 January 1983.